# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTONIO CLASSEN | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 7:16-CR-00039-HL-TQL(12)<br>USM No. 00181-120<br><br>JOHN PHILLIP CANNON<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1 and 3    of the term of supervision.

☐ was found in violation of condition(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from violation of the law | 5/26/2021 |
| 3 | Failure to obtain approval before moving to a new residential location | 5/26/2021 |

The defendant is sentenced as provided in pages 2 through    2   . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)    2    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    8004

Defendant's Year of Birth:    1991

City and State of Defendant's Residence:
Tifton, Georgia

April 13, 2022
_Date of Imposition of Judgment_

s/ Hugh Lawson
_Signature of Judge_

HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE
_Name and Title of Judge_

4/18/2022
_Date_

DEFENDANT: ANTONIO CLASSEN
CASE NUMBER: 7:16-CR-00039-HL-TQL(12)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 18 months consecutive to Tift County, Georgia Superior Court Case 2021CR0189.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL